NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE FRANK JOHNSON,    )
                         )
        Appellant,       )
                         )
v.                       )    Case No.  2D17-2203
                         )
STATE OF FLORIDA         )
                         )
        Appellee.        )
_____)

Opinion filed March 20, 2019.

Appeal from the Circuit Court for Charlotte
County; Donald H. Mason, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rachel Kamoutsas,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

        Affirmed.

CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.